IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ROBERT D. ABRAMS,

      Appellant,

 v.

Case No.  5D22-1559
LT Case No. 2008-CF-000963-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed November 15, 2022

3.800 Appeal from the Circuit Court
for Seminole County,
Melissa Souto, Judge.

Robert D. Abrams, Crestview, pro se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., EDWARDS and EISNAUGLE, JJ., concur.